AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: CO-22-0045 | Date and time warrant executed: 5/5/2023 | Copy of warrant and inventory left with: FBI DFE Hatzivostar |
|---|---|---|

Inventory made in the presence of: DEA TFO Kevin Zainc

Inventory of the property taken and name(s) of any person(s) seized:

- One Blue Iphone in a Black Case DEA N-50
- One Disc Containing Phone dump information from N-50

Nothing Follows

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/28/2023

_Executing officer's signature_

SA Alex MacNamun
_Printed name and title_